**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Michael Coffey,

           Plaintiff,

v.

US Government,

           Defendant.

Case No. 2:22-cv-01658-RFB-BNW

**ORDER**

    Plaintiff initiated this action with an application to proceed *in forma pauperis* but did not file a complaint. For this Court to proceed with his case, he must submit a complaint.

    IT IS THEREFORE ORDERED that Plaintiff must file a complaint by October 31, 2022. Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.

    DATED: October 3, 2022

                                              BRENDA WEKSLER
                                              UNITED STATES MAGISTRATE JUDGE