# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

Michael Coffey,

           Plaintiff,

v.

US Government,

           Defendant.

Case No. 2:22-cv-01658-RFB-BNW

**REPORT AND RECOMMENDATION**

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 12. Plaintiff was given until December 15, 2022 to amend his complaint. *Id.* at 3. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Plaintiff did not file an amended complaint.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 26, 2023

                                                                         BRENDA WEKSLER
                                                                        UNITED STATES MAGISTRATE JUDGE